1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

STEPHAN DOUGLAS KAUFMAN.

Petitioner,

v.

ELDON VAIL,

Respondent.

Case No. C10-5445RJB/JRC

ORDER HOLDING THE PETITION IN
ABEYANCE, DIRECTING COUNSEL TO
FILE A MOTION TO RE-OPEN THE
CASE, AND ADMINISTRATIVELY
CLOSING THE FILE

12
13
14
15
16
17

        The underlying Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 has

18

been referred to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §

19

636(b) (1) (A) and (B), and Local Magistrate Judge's Rule MJR3 and MJR4.   Petitioner is

20

represented by counsel.  The petition was filed only days before the federal one-year statute of

21

limitations would have run.

22

        Counsel explains that he filed the petition to preserve the filing date.  He has filed a

23

personal restraint petition in state court to attempt to exhaust a number of claims.  He asks this

24

court to hold this petition in abeyance pending the conclusion of the personal restraint petition

25

proceedings.  (Dkt. # 3).

26

ORDER - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Petitioner has shown good cause to hold this action in abeyance.  The motion is GRANTED.  Rather than having the case appear on the court's calendar for several months, the most efficient way to proceed is to administratively close this case.

Within 20 days of termination of the state court proceedings that are currently pending counsel should file a motion to re-open the case under this cause number and reference this order in that motion.

The clerk is directed to administratively close this action.

DATED this 5th day of August, 2010.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2