UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

STEPHEN DOUGLAS KAUFMAN,

                Petitioner,

    v.

ELDON VAIL.

                Respondent.

CASE NO. 10-cv-5445RJB

ORDER LIFTING STAY AND DIRECTING SERVICE AND RETURN, § 2254 PETITION

This habeas corpus petition filed pursuant to 28 U.S.C. § 2254 has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 3 and MJR 4. Petitioner is represented by counsel. The action was stayed on August 5, 2010 (ECF No. 4). Petitioner has moved to lift the stay. The motion is GRANTED.

    (1)    The clerk shall arrange for service by certified mail of the original petition and memorandum filed in this case (ECF Nos. 1, 2), along with pages 8A and 8B as filed

by Errata (ECF No. 7). The Clerk shall assemble the necessary documents to effect service.

    (2)    Within forty-five (45) days after such service, respondent(s) shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts. As part of such answer, respondent(s) should state whether petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse or delay under Rule 9. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate. Respondent(s) shall file the answer with the Clerk of the Court and serve a copy of the answer upon petitioner.

    (3)    The answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent my file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

DATED this 11th day of August, 2011.

*[signature]*

J. Richard Creatura
United States Magistrate Judge