1
2
3
4
5
6
7
8
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
9
10   STEPHEN DOUGLAS KAUFMAN,
                                            CASE NO. 10-5445RJB/JRC
11                    Petitioner,
                                            ORDER REGARDING A MOTION
12         v.                               TO TRANSFER A DOCUMENT
                                            INTO THIS ACTION AND A
13   PAT GLEBE.                             MOTION TO SUBSTITUTE A NEW
                                            RESPONDENT
14                    Respondent.

15         This 28 U.S.C. §2254 habeas corpus petition has been referred to the undersigned

16   Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate

17   Judge Rules MJR 1, MJR 3, and MJR 4. Petitioner is represented by counsel.  This action

18   was stayed on August 5, 2010 (ECF No. 4).  That order specifically directed counsel to

19   file a motion to reopen the case when the state court proceedings were complete. Counsel

20   did not comply with the court's instructions and instead filed a separate petition under

21   cause number 11-05534BHS/KLS.  The second petition apparently raised grounds for

22   relief that were not included in the original petition.

23

24

Petitioner then moved to consolidate the actions. The Court granted the motion to consolidate (ECF No. 8). Petitioner now asks the court to transfer the petition from 11-5534BHS/KLS into this action as a supplement to the original petition (ECF No. 16). Respondent does not oppose the motion (ECF No. 18). The motion is DENIED. Neither the court nor respondent's counsel should have to refer to multiple documents to determine what grounds for relief are before the court.

Petitioner is directed to file an amended petition that contains all grounds for relief in one document. The amended petition will act as a complete substitute and not an addendum to the original petition. The amended petition will be due on or before **October 28, 2011**. The amended petition will be titled "First Amended Petition." Failure to file the document on or before October 28, 2011 will result in a Report and Recommendation that the petition be dismissed.

Petitioner has also moved to substitute Pat Glebe as respondent (ECF No. 17). Again, the motion is unopposed (ECF No. 19. That motion is GRANTED.

Dated this 28th day of September, 2011.


J. Richard Creatura
United States Magistrate Judge

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER REGARDING A MOTION TO
TRANSFER A DOCUMENT INTO THIS ACTION
AND A MOTION TO SUBSTITUTE A NEW
RESPONDENT - 3